UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

Guy Randy White Horse,

                Petitioner,

                                                      ORDER ADOPTING
    vs.                           REPORT AND RECOMMENDATION

Dwight L. Fondren,

                Respondent.          Civ. No. 08-6345 (PJS/RLE)

* * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-titled matter, **IT IS ORDERED**:

That this action is dismissed for failure to comply with this Court's Order of December 16, 2008, for failure to file a Civil Complaint and to pay the filing fee, and for lack of prosecution.

DATED: 02/10/09                        s/Patrick J. Schiltz
                                       Patrick J. Schiltz
                                       United States District Judge